# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT    ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

*FILED*
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## OFFENSE CHARGED

18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition

*E-filing*

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

## DEFENDANT - U.S

▶ LARRY DARNELL FLUKER, JR.

**DISTRICT COURT NUMBER**
CR08-356 DLJ

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    DEREK BUTTS, SAUSA

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

CR08-356 DLJ

UNITED STATES OF AMERICA,

V.

**FILED**
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

LARRY DARNELL FLUKER, JR.,

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition

A true bill.

_____
Foreman

Filed in open court this __28TH__ day of
May 2008.

_____
Clerk

Bail, $ No bail arrest warrant
Wayne D. Brazil    5/28/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

E-filing

FILED
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CR08-356 DLJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition |
| v. | |
| LARRY DARNELL FLUKER, JR., | OAKLAND VENUE |
| Defendant. | |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:      (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about April 16, 2008, in the Northern District of California, the defendant,

LARRY DARNELL FLUKER, JR.,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Smith and Wesson model SW40VE, .40 caliber semi-automatic pistol, serial number RBA5178, in and affecting commerce, and did knowingly possess .40 caliber ammunition manufactured by Remington, in

INDICTMENT

1  and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).
2  //
3  DATED:    May 28, 2008                          A TRUE BILL
4
5                                                  FOREPERSON
   JOSEPH P. RUSSONIELLO
6  United States Attorney
7
8  DOUGLAS SPRAGUE
9  Chief, Oakland Branch
10
   (Approved as to form: _____ )
11                          SAUSA BUTTS
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT