1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FLUKER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-08-356 DLJ [WDB]
                                    )
12           Plaintiff,             )   STIPULATION AND ORDER
                                    )   MODIFYING CONDITIONS OF
13 vs.                              )   PRETRIAL RELEASE
                                    )
14 LARRY FLUKER, JR.,               )
                                    )
15           Defendant.             )
   _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 conditions of pretrial release for Larry Fluker, Jr., may be modified to allow Mr. Fluker to leave

19 Cornell Corrections, Inc., in San Francisco, CA as directed by his pretrial services officer to 1)

20 travel to Contra Costa and Alameda Counties in the Northern District of California, and to

21 Solano County in the Eastern District of California, in order to go to the traffic courts in those

22 counties to pay traffic fines; 2) and, once the traffic fines are cleared, to go to the Department of

23 Motor Vehicles in Contra Costa County in order to obtain a driver's license.

24      The parties further stipulate that, at the direction of his pretrial services officer, Mr.

25 Fluker may leave Cornell Corrections, Inc., for the purpose of going to a bank or check-cashing

26 facility in San Francisco to cash a check.

*United States v. Fluker*, 08-356 DLJ [WDB]
MODIFICATION OF PRETRIAL RELEASE         1

Further, the parties stipulate that the terms of pretrial release be modified to add a mental health counseling condition to allow Mr. Fluker to receive mental health counseling at the direction of his pretrial services officer.

United States Pretrial Services Officer Victoria Gibson is aware of the proposed modifications and has no objection to them.

All other conditions of release shall remain the same.

DATED: June 16, 2008                    /S/
                                        _____
                                        COLLEEN MARTIN
                                        Assistant Federal Public Defender
                                        Counsel for Larry Fluker, Jr.

DATED: June 16, 2008                    /S/
                                        _____
                                        DEREK BUTTS
                                        Special Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signatures (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Larry Fluker, Jr., are modified to allow Mr. Fluker to leave Cornell Corrections, Inc., in San Francisco as directed by his pretrial services officer to 1) travel to Contra Costa and Alameda Counties in the Northern District of California, and to Solano County in the Eastern District of California, in order to go to the traffic courts in those counties to pay traffic fines; and, 2) once the traffic fines are cleared, to go to the Department of Motor Vehicles in Contra Costa County in order to obtain a driver's license.

IT IS FURTHER ORDERED that are the conditions of pretrial release are modified to

permit Mr. Fluker, at the direction of his pretrial services officer, to leave Cornell Corrections, Inc. to cash a check at a bank or check-cashing facility in San Francisco.

IT IS FURTHER ORDERED that the conditions of pretrial release are modified to provide that Mr. Fluker is subject to a mental health counseling condition at the direction of his pretrial services officer.

All other conditions of release shall remain the same.

SO ORDERED.

Dated: _____

WAYNE D. BRAZIL
United States Magistrate Judge

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender


COLLEEN MARTIN
Assistant Federal Public Defender