UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:  6/20/08

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:**  United States

v.                                                               **No.** CR-08-00356-DLJ

**Defendant:** Larry Darnell Fluker , Jr. [present; not in custody]

**Appearances for AUSA:**  Derek Butts

**Appearances for Defendant:** Colleen Martin

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**
SETTING/STAT                       -HELD

**Notes:**

**Case Continued to** 7/11/08 AT 9:00AM   for  Motion Setting or/Change of Plea

**Case Continued to:**        for
**Case Continued to:**        for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**   6/20/08      **Ends:** 7/11/08