

E-FILING CASE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 7/11/08

Case No: CR-08-00356-DLJ      Judge: D. Lowell Jensen

Reporter: IRENE RODRIGUEZ     Clerk: Frances Stone

Defendant(s):                  Defense Counsel:

LARRY DARNELL FLUKER JR  Present? Y  In Custody? N  COLLEEN MARTIN

US Attorney: DEREK BUTTS    Interpreter:    US Probation Officer:

Reason for Hearing:            Ruling:

SETTING/STAT/CHANGE OF PLEA    -HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL, PLEA IS ACCEPTED
AND ENTERED.

Notes:

Case continued to: 10/17/08 AT 10AM for SENTENCING

Case continued to: _____ for _____

Case continued to: _____ for _____
Motions to be filed by _____ ; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: _____ Begins: _____ Ends: _____

CC: PROBATION