UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUL 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number        CR -08-00356-DLJ
Defendant's Name   LARRY DARNELL FLUKER JR.
Defendant's Counsel  COLLEEN MARTIN
Due Date           10/17/08 AT 10AM
                   1  Courtroom        Floor 4th

## NOTICE TO DEFENSE COUNSEL

**The Court has directed that a:**

|   |   |
|---|---|
| XX | Presentence Investigation |
|    | Bail Investigation |
|    | Bail Supervision |
|    | Postsentence Investigation |
|    | 4244 |

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,** before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc: Probation
✓ cc: Counsel

by: _Frances Stone_
    Frances Stone   , Deputy Clerk

Dated: 7/11/08

## US PROBATION OFFICE

Is defendant in custody?     Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____