1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant FLUKER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-08-356 DLJ [WDB]
                                    )
12              Plaintiff,          )   **STIPULATION AND ORDER**
                                    )   **MODIFYING CONDITIONS OF**
13 vs.                              )   **PRETRIAL RELEASE**
                                    )
14 LARRY FLUKER, JR.,               )
                                    )
15              Defendant.          )
   _____)
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18 conditions of pretrial release for Larry Fluker, Jr., may be modified to allow Mr. Fluker to leave

19 Cornell Corrections, Inc., in San Francisco, California, as directed by his pretrial services officer

20 to attend church on Sundays.

21      The parties further stipulate that, at the direction of his pretrial services officer, Mr.

22 Fluker may leave Cornell Corrections, Inc., on Sunday, November 2, 2008, as directed by his

23 pretrial services officer for a period of three hours in order to attend a birthday celebration for his

24 fiancee, Chanel Greenwood.

25      United States Pretrial Services Officer Victoria Gibson is aware of the proposed

26 modifications and has no objection to them.

*United States v. Fluker*, 08-356 DLJ
MODIFICATION OF PRETRIAL RELEASE        1

All other conditions of release shall remain the same.

DATED: October 27, 2008            /S/
                                   _____
                                   COLLEEN MARTIN
                                   Assistant Federal Public Defender
                                   Counsel for Larry Fluker, Jr.

DATED: October 27, 2008            /S/
                                   _____
                                   MARK EICHMAN
                                   Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Larry Fluker, Jr., are modified to allow Mr. Fluker to leave Cornell Corrections, Inc., in San Francisco as directed by his pretrial services officer on Sundays to attend church. The conditions are further modified to allow him to leave Cornell Corrections, Inc., in San Francisco as directed by his pretrial services officers on November 2, 2008, for a three-hour period in order to attend a birthday celebration.

All other conditions of release shall remain the same.

SO ORDERED.

Dated:   October 27, 2008          _____
                                   WAYNE D. BRAZIL
                                   United States Magistrate Judge

*United States v. Fluker*, 08-356 DLJ
MODIFICATION OF PRETRIAL RELEASE            2