```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  COLLEEN MARTIN
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant FLUKER
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   No. CR-08-356 DLJ [WDB]
                                  )
12              Plaintiff,        )   STIPULATION AND ORDER
                                  )   MODIFYING CONDITIONS OF
13  vs.                           )   PRETRIAL RELEASE
                                  )
14  LARRY FLUKER, JR.,            )
                                  )
15              Defendant.        )
    _____)
16
```

17      IT IS HEREBY STIPULATED, by and between the parties to this action, that the

18  conditions of pretrial release for Larry Fluker, Jr., may be modified to allow Mr. Fluker to leave

19  Cornell Corrections, Inc., in San Francisco, California, as directed by his pretrial services officer

20  for a period of 8 hours, to be with his family at the home of his aunt, Deborah Simpson, in

21  Hercules, California.  Mr. Fluker is scheduled to self-surrender for service of his sentence on

22  December 17, 2008, and would like an opportunity to visit with his family before his self-

23  surrender.

24      United States Pretrial Services Officer Victoria Gibson is aware of the proposed

25  modification and has no objection to it.

26      All other conditions of release shall remain the same.

*United States v. Fluker*, 08-356 DLJ
MODIFICATION OF PRETRIAL RELEASE         1

DATED: December 1, 2008

                /s/
COLLEEN MARTIN
Assistant Federal Public Defender
Counsel for Larry Fluker, Jr.

DATED:  December 1, 2008

                /s/
MARK EICHMAN
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# **ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Larry Fluker, Jr., are modified to allow Mr. Fluker to leave Cornell Corrections, Inc., in San Francisco as directed by his pretrial services officer for an 8-hour period to visit with his family at the home of his aunt, Deborah Simpson, in Hercules, California.

All other conditions of release shall remain the same.

SO ORDERED.

Dated:   December 2, 2008

                /s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge